**NOTE: CHANGES MADE BY COURT**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual,<br><br>               Plaintiff,<br><br>     v.<br><br>GOLDEN SPRINGS PROPERTY, LLC, a limited liability company; BBQ STOP, INC., a California corporation,<br><br>              Defendants. | Case No. 8:22-cv-01475-FWS-ADS_<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [23]** |

///

///

///

# <u>ORDER</u>

Having considered and reviewed the Parties' Stipulation of Voluntary Dismissal of Entire Action with Prejudice [23] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: November 29, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT COURT